## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02667-PAB
(Criminal Action No. 21-cr-00231-PAB-6)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FABIAN GARCIA-LAZALDE,

      Defendant/Movant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 20 2023**

JEFFREY P. COLWELL
CLERK

---

### MOTION FOR RECONSIDERATION OF ORDER DENYING 28 U.S.C. § 2255 MOTION

---

COMES Defendant/Movant, Fabian Garcia-Lazalde ("Garcia-Lazalde"), appearing *pro se,* and files his Motion for Reconsideration of Order Denying 28 U.S.C. § 2255 Motion, and would show as follows:

### I. Preliminary Statement

As a preliminary matter, Garcia-Lazalde respectfully requests that the Court be mindful that "a *pro se* complaint should be given liberal construction, we mean that if the essence of an allegation is discernible ... then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework." See *United States v. Weeks*, 653 F.3d 1188 (10th Cir. 2011); *Estelle v. Gamble*, 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

### II. Relevant Background

On October 10, 2023, the District Court docketed Garcia-Lazalde's § 2255 Motion. See Docket No. 298.

On October 16, 2023, the District Court issued an Order denying Garcia-Lazalde's § 2255 Motion as untimely filed. See Docket No. 299.

On October 17, 2023, the District Court issued a Final Judgment in this case. See Docket No. 300.

On October 26, 2023, Garcia-Lazalde filed Memorandum of Law in Support of his § 2255 Motion. See Docket No. 301.

### III.    Reason for Reconsideration

In its October 16th and 17th Order, the Court opines that Garcia-Lazalde's § 2255 Motion was untimely filed. See Docket Nos. 299 and 300. However, Garcia-Lazalde needs for the Court to reconsider its opinion because his § 2255 Motion was placed in the mailbox on October 3, 2023, even though the postmark shows October 4, 2023. The Docket Report shows that the date it was filed was on October 10, 2023, but that was only because the Court did not receive it until then.

Garcia-Lazalde states that since the Covid pandemic that the mail at FCI Victorville Medium II, has been very unreliable, inconsistent and mail is rarely received on time. In fact, Garcia-Lazalde just received the Court's Order and Judgment on Monday of this week, when it was mail to him from the Court in October after it was entered on the docket. Of further evidence, the Motion and cover letter are signed and dated on October 3, 2023. A memorandum of law was also filed but was docketed after the Court's opinion. Garcia-Lazalde respectfully requests that the Court consider the additional factors above before determining the motion was time-barred.

WHEREFORE, premise considered and in light of the above, Garcia-Lazalde respectfully requests that the Court reconsider its opinion that his § 2255 Motion is timely and order the government to respond to the merits of his motion.

Respectfully submitted,

Dated: November 15, 2023

FABIAN GARCIA-LAZALDE
REG. NO. 70238-509
FCI VICTORVILLE MEDIUM II
FEDERAL CORR. INSTITUTION
PO BOX 3850
ADELANTO, CA 92301

## Certificate of Service

I hereby certify that on November 15, 2023, a true and correct copy of the above and foregoing Motion for Reconsideration of Order Denying 28 U.S.C. § 2255 Motion was sent via First Class U.S. Mail, postage prepaid, to Candyce C. Cline, Assistant U. S. Attorney at U.S. Attorney's Office, District of Colorado, 1801 California Street, Suite 1600, Denver, CO 80202.

FABIAN GARCIA-LAZALDE

FABIAN GARCIA-LAZALDE
REG. NO. 70238-509
FCI VICTORVILLE MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 3850
ADELANTO, CA 92301

November 15, 2023

Mr. Jeffrey P. Colwell Esq.
Clerk of Court
U.S. District Court
District of Colorado
Denver Division
901 19th Street,
Denver, CO 80294

     RE:  *Garcia-Lazalde v. United States*
          Civil No.1:23--cv-002667-PAB
          Crim No.1:21-cr-00231-PAB-6

Dear Mr. Colwell:

    Enclosed please find and accept for filing Defendant/Movant's Motion for Reconsideration of Order Denying 28 U.S.C. § 2255 Motion. Please submit this document to the Court.

    Thank you for your assistance in this matter.

               Sincerely,

               FABIAN GARCIA-LAZALDE
               Appearing *Pro Se*

*Encl. as noted*

Misuses may be a violation of federal law. This package is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. This packaging is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY®
Retail

FROM:

FABIAN GARCIA-LAZALDE
REG. NO. 70238-509
FCI VICTORVILLE MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 3850
ADELANTO, CA 92301

TO:  Mr. Jeffrey P. Colwell Esq.
Clerk of Court
U.S. District Court
District of Colorado
Denver Division
901 19th Street,
Denver, CO 80294

UNITED STATES
POSTAL SERVICE®

P

US POSTAGE PAID
$9.65

Origin: 77070
11/15/22
4800420059-07

RDC 03

0 Lb 2.20 Oz

C044

PRIORITY MAIL®

EXPECTED DELIVERY DAY: 11/18/23

SHIP
TO:
901 19TH ST
DENVER CO 80294-2500

USPS TRACKING® #

9505 5104 4801 3319 8335 96

- Expected delive
- Domestic shipm
- USPS Tracking®
- Limited internat
- When used inte

*Insurance does not c
Domestic Mail Manual
** See International Ma

FLAT RA
ONE RATE ■ AN

TRACKEI

PS000010

This package is made from post-consumer waste. Please recycle - again.



# UNITED STATES
# POSTAL SERVICE ®

# PRIORITY ® | MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.