IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02667-PAB
Criminal Action No. 21-cr-00231-PAB-6

UNITED STATES OF AMERICA,

Plaintiff,

v.

6. FABIAN GARCIA-LAZALDE,

Defendant/Movant.

**GOVERNMENT RESPONSE TO
MOTION FOR RECONSIDERATION (ECF DOC. 302)**

In accordance with the court's December 8, 2023, Order (ECF Doc. 303), the United States[1] submits its response to Defendant Fabian Garcia-Lazalde's motion for reconsideration (ECF Doc. 302). It appears to the government that the defendant did place his § 2255 motion in a prison "mail receptacle" within the time limitation period set forth in 28 U.S.C. § 2255(f).

**Discussion**

A one-year limitation period applies to motions to vacate, set aside, or correct a federal sentence. *See* 28 U.S.C. § 2255(f). As this court observed in its October 16, 2023, Order Denying 28 U.S.C. § 2255 Motion, the one-year limitation period in this

---

[1] The undersigned attorney has not filed an entry of appearance in this matter, but rather relies upon this signed and filed pleading as his appearance, per D.C.Colo.LAttyR 5(a)(1). To that end, the undersigned certifies that he is a member of the bar of this court in good standing.

case ran from the date on which the defendant's conviction became final. *See* ECF Doc. 299 at 3. Because he did not file a direct appeal, the judgment of conviction became final on October 3, 2022. *Id*. Under the "anniversary method" for calculating the one-year limitation period in § 2255(f), the one-year limitation period expired on October 3, 2023. *Id*. (citing *United States v. Hurst*, 322 F.3d 1256, 1261 (10th Cir. 2003) (adopting the anniversary method)).

Mr. Garcia-Lazalde asserts in his motion for reconsideration that he placed his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in a mail box at FCI Victorville Medium II on October 3, 2023. ECF Doc. 302 at 2. The BOP has investigated when the defendant placed his § 2255 motion in a "mail receptacle" within FCI Victorville Medium II. According to the BOP, it "appears likely" that Mr. Garcia-Lazalde did sign, date, and deposit his § 2255 motion in a FCI Victorville Medium II "mail receptacle" on October 3, 2023. Accordingly, it appears to the government that Mr. Garcia-Lazalde filed his § 2255 motion within the one-year limitation period. The government therefore does not oppose Mr. Garcia-Lazalde's motion for reconsideration (ECF Doc. 302).

Respectfully submitted this 15th day of December, 2023.

> COLE FINEGAN
> United States Attorney
>
> *s/ Michael C. Johnson*
> MICHAEL C. JOHNSON
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0134
> E-mail: michael.johnson2@usdoj.gov
>
> Attorneys for the United States

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 15, 2023</u>, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Fabian Garcia-Lazalde
Reg. No. 70238-509
FCI Victorville Medium II
P.O. Box 3850
Adelanto, CA 92301

                                          */s/ Kayla Keiter*
                                          KAYLA KEITER
                                          U.S. Attorney's Office